**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: September 23, 2015**

_____
**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-54923 |
| Newark Downtown Center, Inc., | § | Chapter 11 |
|    Debtor In Possession. | § | Judge Preston |

**ORDER SETTING DEADLINES AND CONTINUING STATUS HEARING**

The above captioned Chapter 11 case came on for a status hearing on September 17, 2015. Present at the hearing were Timothy Cooper representing the Debtor in Possession ("Debtor"), Lawrence Hackett representing United States Trustee. The Court having considered the statements of counsel for the Debtor and for the United States Trustee finds numerous deficiencies with the case as it currently stands. The Debtor operates a retail shopping mall, in which it has tenants, and also operates a bar. However, Debtor has failed to properly complete Schedule B reflecting all of the personal properties owned by the debtor (including but not limited to a liquor license and separate disclosure of inventory and equipment), and Schedule G regarding executory contracts (including property leases with tenants). The mortgage holder was given

an assignment of rents by the Debtor, however the Debtor has failed to file a motion for approval of use of cash collateral or, if the Debtor has an agreement with the mortgage holder, a motion for approval of the agreement pursuant to Fed.R.Bankr.P. 4001. The Debtor has the property listed for sale, but has failed to file an application to employ the realtor. Further, Debtor has also failed to file an application to employ its counsel. The United States Trustee has also advised the Court that the Debtor has failed to deliver certain information forms required by the United States Trustee known as Forms A through I. Accordingly it is,

**ORDERED AND ADJUDGED** that on or before **September 23, 2015**, the Debtor shall file:

(1) Amended Schedule B,
(2) Amended Schedule G,
(3) A motion for use of cash collateral or, if Debtor has an agreement for use of cash collateral with the mortgage holder, a motion for approval of the agreement pursuant to Fed.R.Bankr.P. 4001,
(4) An application to employ counsel for the Debtor in Possession,
(5) An application to employ the realtor who is pursuing sale of real estate on behalf of the Debtor.

**ORDERED AND ADJUDGED** that on or before **September 23, 2015,** Debtor shall deliver to the United States Trustee the informational forms required by the United States Trustee known as Forms A though I.

**ORDERED AND ADJUDGED** in the event that Debtor fails to file documents specified herein or deliver the informational forms required by the United States Trustees' Office, the Court shall consider dismissal of this case or conversion of this case to one under Chapter 7 of the Bankruptcy Code at the hearing on the United States Trustees' Motion to Dismiss scheduled for **October 5, 2015**.

**ORDERED AND ADJUDGED** that the status hearing is continued to **October 5, 2015 at 3:00 p.m.** in Courtroom C, Fifth Floor, United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215

**IT IS SO ORDERED.**

Copies to:

Default List
Top 20 Largest Creditors

###